NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-5041

IRINA ORLOVA,

Plaintiff-Appellant,

v.

UNITED STATES,

Defendant-Appellee.

Appeal from the United States Court of Federal Claims
in consolidated case nos. 08-CV-042 and 08-CV-043, Judge Lynn J. Bush.

ON MOTION

ORDER

Upon consideration of Irina Orlova's motion for an extension of time to file her informal brief,

IT IS ORDERED THAT:

The motion is granted. Orlova's brief, if it has not already been filed, is due within 30 days of the date of filing of this order.

FOR THE COURT

**MAY - 7 2009**
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Irina Orlova (informal brief form enclosed)
Deborah K. Snyder, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY - 7 2009

JAN HORBALY
CLERK